IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:23-CR-144-1 |
| Plaintiff, | ) JUDGE J. PHILIP CALABRESE |
| v. | ) |
| AMERICAN PREMIUM WATER CORPORATION, | ) JOINT MOTION TO DEFER PROSECUTION |
| Defendant. | ) |

Now comes the United States of America, by and through Assistant United States Attorney Erica D. Barnhill, and Carole S. Rendon, counsel for defendant American Premium Water Corporation (hereinafter "Defendant"), and moves this Court for an Order to Defer Prosecution as to this Defendant for 24 months. Defendant has entered into a Deferred Prosecution Agreement with the United States. (R: 94, Deferred Prosecution Agreement, PageID 509). At a hearing with the parties on May 13, 2025, the Court reviewed the conditions of the Deferred Prosecution Agreement with Defendant through its authorized representative and counsel, and engaged in a colloquy with Defendant regarding the agreement. (Minutes, Docket Entry, May 13, 2025, PageID N/A). Upon Defendant's successful completion of the terms of the Deferred Prosecution Agreement, the Indictment charging Defendant with one count of Conspiracy to Commit Securities Fraud in violation of 18 U.S.C. § 371 will be dismissed.

The parties agree that the ends of justice are served by this Motion, and that the delay caused by this request outweighs the interest of the public and the Defendant in obtaining a speedy trial and is excludable from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7). The parties further agree that the provisions of 18 U.S.C. § 3161 are not violated by deferring

prosecution of this matter for 24 months, and further agree that this period of time should be excluded from the provisions of the Speedy Trial Act.

          Respectfully submitted,

          CAROL M. SKUTNIK
          Acting United States Attorney

          _____
          Erica D. Barnhill (OH: 0079309)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3967
          (216) 522-2403 (facsimile)
          Erica.Barnhill@usdoj.gov

          /s/ Carole S. Rendon (via email consent)
          Carole S. Rendon
          Counsel for Defendant American Premium
          Water Corporation